AO 247 (02/08)  Order Regarding Motion for S___ ___e Reduction

# UNITED STATES DISTRICT COURT
for the

District of Oregon

**FILED**
**DEC - 5 2008**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Terell Wayne Overton | ) Case No: CR 04-293-01 |
| | ) USM No: 67963-065 |
| Date of Previous Judgment: July 29, 2005 | ) Stephen R. Sady |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  140 months  months **is reduced to**  120 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  31            Amended Offense Level:  31*
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  188  to  235  months    Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):    The previous term of imprisonment was less than the guideline range because I imposed a non-career offender sentence due to the nature and age of the convictions. The reduced sentence is comparably less than the amended guideline range would be without the career offender enhancement. *The base offense level should be reduced to 30, but the career offender adjustment results in an adjusted offense level of 34. The total offense level is 31 with acceptance of resp.

**III. ADDITIONAL COMMENTS**
Although I was asked at the previous sentencing hearing to consider the disparity between sentences for cocaine base versus powder cocaine, I explicitly declined to do so. Overton's initial sentence was "based on" a sentencing range that has been lowered by Amendment 706 and I have discretion to reduce his sentence pursuant to 18 U.S.C. § 3582.

Except as provided above, all provisions of the judgment dated  July 29, 2005  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  12/5/08

_____
Judge's signature

Effective Date: _____
(if different from order date)

_____
Printed name and title